The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF THE EARTH, a non-profit corporation,<br><br>                 Plaintiff,<br><br>   v.<br><br>WESTERN TOWBOAT COMPANY, a Washington corporation, and INTERNATIONAL MATERIALS, LLC, a Washington limited liability company,<br><br>                 Defendants. | No. 2:25-cv-01214-KKE<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT INTERNATIONAL MATERIALS, LLC TO RESPOND TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT** |

## ORDER

It is hereby ORDERED that the deadline for Defendant International Materials, LLC to respond to the First Amended and Supplemental Complaint (Dkt. 11), is extended up to and including November 12, 2025.

DATED this 27th day of October, 2025.

Kymberly K. Evanson
United States District Judge

*Order Granting Stipulation Extending Time for International Materials to Respond to First Amended Complaint - 1*

Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Tel: (206) 292-6300 Fax: (206) 299-4029

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By  s/ Paul A. Kampmeier
     Paul A. Kampmeier, WSBA No. 31560
     Erica L. Proulx, WSBA No. 60155
     Kampmeier & Knutsen, PLLC
     705 Second Avenue, Suite 901
     Seattle, Washington 98104
     Tel.: (206) 858-6983 / (206) 739-5184
     Email: paul@kampmeierknutsen.com;
            erica@kampmeierknutsen.com

Attorneys for Plaintiff
Friends of the Earth


CASCADIA LAW GROUP PLLC

By    s/ Stephen R. Parkinson
     Stephen R. Parkinson, WSBA No. 21111
     Cascadia Law Group PLLC
     1201 Third Avenue, Suite 320
     Seattle, WA 98101
     Tel.: (206) 292-6300 Fax: (206) 299-4029
     Email:  sparkinson@cascadialaw.com

Attorneys for
Defendant International Materials, LLC