UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRIENDS OF THE EARTH,

Plaintiff(s),

v.

WESTERN TOWBOAT COMPANY,

Defendant(s).

CASE NO. C25-1214-KKE

MINUTE ORDER CLARIFYING CASE SCHEDULE

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1)  In response to the unopposed request of Plaintiff's counsel, which was emailed to chambers with all parties copied, the Court clarifies that the July 24, 2026 deadline for "joining additional parties" or "filing amended pleadings" in the Court's scheduling order (Dkt. No. 36) is the deadline for filing motions to join additional parties or for leave to file amended pleadings. The parties are not required to complete motions practice on either such motion by that date.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 13th day of February 2026.

MINUTE ORDER CLARIFYING CASE SCHEDULE - 1

Joshua C. Lewis
Clerk


/s/ Alejandro Pasaye Hernandez
Deputy Clerk