Paul Kampmeier, WSBA No. 31560
Erica L. Proulx, WSBA No. 60155
Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
Telephone: (206) 858-6983 (Kampmeier)
(206) 739-5184 (Proulx)
Email: paul@kampmeierknutsen.com
erica@kampmeierknutsen.com

Brian A. Knutsen, WSBA No. 38806
Emma Bruden, WSBA No. 56280
Kampmeier & Knutsen, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 841-6515 (Knutsen)
(503) 719-5641 (Bruden)
Email: brian@kampmeierknutsen.com
emma@kampmeierknutsen.com

*Attorneys for Plaintiff Friends of the Earth*

The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRIENDS OF THE EARTH, a non-profit corporation,

Plaintiff,

v.

WESTERN TOWBOAT COMPANY, a Washington corporation, and INTERNATIONAL MATERIALS, LLC, a Washington limited liability company,

Defendants.

Case No. 2:25-cv-01214-KKE

ORDER GRANTING
JOINT MOTION TO EXTEND
ALL CASE DEADLINES

Noted: July 23, 2026

Having reviewed the Parties' July 2026 Joint Motion to Extend All Case Deadlines, and finding good cause, the Court hereby GRANTS the motion and sets the following deadlines in this case:

| | |
|---|---|
| BENCH TRIAL SET FOR 9:30 a.m. on | 6/26/28 |
| Length of trial | 8-10 days |
| Deadline for filing motions to join additional parties | 8/7/2026* |
| Deadline for filing motions to amend pleadings | 8/7/2026* |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 10/29/2027 |
| Expert rebuttal disclosures and reports | 12/3/2027 |
| All motions related to discovery must be filed by | 12/22/2027 |
| Discovery must be completed by | 1/21/2028 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (see LCR 7(d)). | 2/18/2028 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 4/21/2028 |



Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

| | |
|---|---|
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 5/31/2028 |
| Trial briefs, joint brief on motions in limine, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 6/6/2028 |
| Pretrial conference | TBD |

* This deadline does not apply to any Rule 19 motion filed by one or both Defendants, and Plaintiff may have 90 days to amend its complaint to add parties and claims against them if the Court determines other parties are necessary to this case.

IT IS SO ORDERED.

DATED this 24th day of July 2026.

Kymberly K. Evanson
United States District Judge

**Presented by:**

KAMPMEIER & KNUTSEN, PLLC

By: s/Paul Kampmeier
Paul Kampmeier, WSBA No. 31560
705 Second Avenue, Suite 901
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Plaintiff Friends of the Earth*



Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

HILLIS CLARK MARTIN & PETERSON P.S.

By: s/Matthew Stock
Matthew Stock, WSBA No. 40223
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 470-7647
Email: matthew.stock@hcmp.com

*Attorneys for Defendant Western Towboat Company*

CASCADIA LAW GROUP PLLC

By: s/Steve Parkinson
Stephen R. Parkinson, WSBA No. 21111
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Phone: (206) 292-6300
Email: sparkinson@cascadialaw.com

BLANK ROME LLP

By: s/Stephen Zumbrun
Stephen C. Zumbrun
(admitted pro hac vice)
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5500
Email: stephen.zumbrun@blankrome.com

*Attorneys for Defendant International Materials, LLC*



Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983