THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF THE EARTH, a non-profit corporation,<br>Plaintiff,<br>v.<br>WESTERN TOWBOAT COMPANY, a Washington corporation, and INTERNATIONAL MATERIALS, LLC, a Washington limited liability company,<br>Defendants. | No. 2:25-cv-01214-KKE<br>**ORDER GRANTING STIPULATION FOR LEAVE TO AMEND ANSWER** |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 15(b) and Local Civil Rule 15, it is hereby ORDERED that the Stipulation for Leave to Amend the Answer of Defendant International Materials, LLC is GRANTED. Pursuant to Local Civil Rule 15 (a), Defendant International Materials, LLC shall file its Amended Answer within 14 days of this Order.

DATED this 7th day of August, 2026.

Kymberly K. Evanson
United States District Judge



CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320 Seattle, WA 98101
Tel: (206) 292-6300 Fax: (206) 299-4029

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By *s/ Paul A. Kampmeier*

Paul A. Kampmeier, WSBA No. 31560
Erica L. Proulx, WSBA No. 60155
Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
Tel.: (206) 858-6983 / (206) 739-5184
Email: paul@kampmeierknutsen.com;
erica@kampmeierknutsen.com

Attorneys for Plaintiff
Friends of the Earth

CASCADIA LAW GROUP PLLC

By *s/ Stephen R. Parkinson*

Stephen R. Parkinson, WSBA No. 21111
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Tel.: (206) 292-6300 Fax: (206) 299-4029
Email: sparkinson@cascadialaw.com

Attorneys for
Defendant International Materials, LLC