THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF THE EARTH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>WESTERN TOWBOAT COMPANY, a Washington corporation, and INTERNATIONAL MATERIALS, LLC, a Washington limited liability company,<br><br>Defendants. | Case No. 2:25-cv-01214-KKE<br><br>ORDER GRANTING STIPULATION FOR LEAVE TO AMEND ANSWER |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 15 and Local Civil Rule 15, it is hereby ORDERED that the Stipulation for Leave to Amend the Answer of Defendant Western Towboat Company is GRANTED. Dkt. No. 44. Pursuant to Local Civil Rule 15, Defendant Western Towboat Company shall file its Amended Answer within 14 days of this Order.

//

//

//

//



HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

DATED this 24th day of August, 2026.

Kymberly K. Evanson
United States District Judge

*Presented by:*

KAMPMEIER & KNUTSEN, PLLC

By *s/ Paul A. Kampmeier*
Paul A. Kampmeier, WSBA No. 31560
Erica L. Proulx, WSBA No. 60155
Kampmeier & Knutsen, PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
Tel.: (206) 858-6983 / (206) 739-5184
Email: paul@kampmeierknutsen.com;
erica@kampmeierknutsen.com

Attorneys for Plaintiff
Friends of the Earth

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Matthew J. Stock*
Matthew J. Stock, WSBA No. 40223
999 Third Avenue, Suite 4600
Seattle, WA 98104
Phone: 206-623-1745
Email: matthew.stock@hcmp.com

Attorneys for Defendant
Western Towboat Company